BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

MAY 03 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF: | S.W. NO. 2:13-MJ-0141 KJN |
| MICHAEL GIBSON | ORDER RE: REQUEST TO SEAL DOCUMENTS |
| Elk Grove, CA 95757 | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint, the accompanying affidavit, and arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, until the execution of the arrest warrant.

Date: May 3, 2013

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

1