HEATHER E. WILLIAMS, Bar#122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL GIBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. s. 13-180-JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| MICHAEL GIBSON, | ) | DATE: August 13, 2013 |
| Defendant. | ) | TIME: 9:45 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney, attorney for Defendant, MICHAEL GIBSON, that the status conference set for Tuesday, June 25, 2013 be continued to Tuesday, August 13, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel time to review the evidence in this case and discuss it with the government and Mr. Gibson.  The government has indicated that it is continuing to review the computer evidence in this case and intends to provide supplemental discovery to the defense.  Further, the defense is

investigating mitigating evidence in this case.  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 13, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 24, 2013                HEATHER E. WILLIAMS
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant

DATED: June 24, 2013                BENJAMIN WAGNER
                                    United States Attorney


                                    /s/ Rachelle Barbour for
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy

**2**

1  trial.

2     The Court orders that the time from the date of the parties
3  stipulation, up to and including August 13, 2013, shall be excluded
4  from computation of time within which the trial of this case must be
5  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
6  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
7  further ordered that the June 25, 2013 status conference shall be
8  continued until August 13, 2013, at 9:45 a.m.
9  DATED: June 24, 2013

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge

Stipulation and Order                    **3**