HEATHER E. WILLIAMS, Bar#122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL GIBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. s. 13-180-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| MICHAEL GIBSON, | ) | DATE: September 24, 2013 |
| | ) | TIME: 9:45 a.m. |
| Defendant. | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney, attorney for Defendant, MICHAEL GIBSON, that the status conference set for Tuesday, August 13, 2013 be continued to Tuesday, September 24, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel time to review the evidence in this case and discuss it with the government and Mr. Gibson.  The government has indicated that it is continuing to review the computer evidence in this case and may have supplemental discovery for the defense.  Further, the defense is investigating

mitigating evidence in this case.  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 24, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: August 12, 2013            HEATHER E. WILLIAMS
                                  Federal Defender


                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Research and Writing Attorney
                                  Attorney for Defendant

DATED: August 12, 2013            BENJAMIN WAGNER
                                  United States Attorney


                                  /s/ Rachelle Barbour for
                                  KYLE REARDON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff
```

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

2

The Court orders that the time from the date of the parties stipulation, up to and including September 24, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the August 13, 2013 status conference shall be continued until September 24, 2013, at 9:45 a.m.

DATED: August 12, 2013

/s/ John A. Mende
HON. JOHN A. MENDEZ
United States District Court Judge

Stipulation and Order                3