```
 1  HEATHER E. WILLIAMS, Bar#122664
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Research & Writing Attorney
 3  Office of the Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL GIBSON

 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,   )  No. CR.S-13-180-JAM
12                              )
              Plaintiff,        )  STIPULATION AND ORDER
13                              )  CONTINUING STATUS CONFERENCE
         v.                     )  AND EXCLUDING TIME
14                              )
    MICHAEL GIBSON,             )  DATE: October 29, 2013
15                              )  TIME: 9:45 a.m.
              Defendant.        )  JUDGE: Hon. John A. Mendez
16                              )
    _____)
17
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, KYLE REARDON, Assistant United States

20  Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney,

21  attorney for Defendant, MICHAEL GIBSON, that the status conference set

22  for Tuesday, September 24, 2013 be continued to Tuesday, October 29,

23  2013 at 9:45 a.m.

24       The reason for this continuance is to allow defense counsel time

25  to and discuss resolution with the government and Mr. Gibson.  The

26  government has indicated that it is continuing to review the computer

27  evidence in this case and may have supplemental discovery for the

28  defense.  Further, the defense is investigating mitigating evidence in

this case.  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 29, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

| | |
|---|---|
| DATED: September 19, 2013 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Rachelle Barbour<br>RACHELLE BARBOUR<br>Research and Writing Attorney<br>Attorney for Defendant |
| DATED: September 19, 2013 | BENJAMIN WAGNER<br>United States Attorney<br><br>/s/ Rachelle Barbour for<br>KYLE REARDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

2

1     The Court orders that the time from the date of the parties
2  stipulation, up to and including October 29, 2013, shall be excluded
3  from computation of time within which the trial of this case must be
4  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
5  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
6  further ordered that the September 24, 2013 status conference shall be
7  continued until October 29, 2013, at 9:45 a.m.
8  DATED: September 19, 2013

                                    /s/ John A.Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge

Stipulation and Order                         3