HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Research & Writing Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
MICHAEL GIBSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 13-00180-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| MICHAEL GIBSON, | Dated: May 6, 2014 |
| Defendant. | Time: 9:45 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, MICHAEL GIBSON, that the status conference set for Tuesday, March 11, 2014 be continued to Tuesday, May 6, 2014 at 9:45 a.m.

The reason for this continuance is to allow defense counsel time to and discuss resolution with the government and Mr. Gibson.  The defense is investigating mitigating evidence in this case.  The government will be providing additional discovery.  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

//

//

-1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 6, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 7, 2014                HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant


DATED: March 7, 2014                BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Rachelle Barbour for
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including May 6, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the March 11, 2013 status conference shall be continued until May 6, 2014, at 9:45 a.m.

DATED: March 7, 2014

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge

-2-