HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
MICHAEL GIBSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL GIBSON,<br><br>　　　　　Defendant. | No.  Cr.S. 13-180-JAM<br><br>STIPULATION AND<br> ORDER CONTINUING STATUS CONFERENCE<br><br>Dated:  February 10, 2015<br>Time:   9:30 a.m.<br>Judge:  Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM S. WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, MICHAEL GIBSON, that the status conference set for Tuesday, December 16, 2014 be continued to Tuesday, February 10, 2015 at 9:30 a.m.

　　　The reason for this continuance is that the government is obtaining a forensic computer analysis of the evidence in this case and defense counsel would like to review that evidence with the prosecutor.  The continuance will permit the completion of that analysis and allow defense counsel time to discuss resolution with the government and Mr. Gibson.   Also Mr. Wong has recently taken this case over from a departing AUSA and the defense needs additional time to present mitigation to Mr. Wong and discuss the case with him to explore a resolution.  The parties anticipate that they will be able to resolve the case.  The parties stipulate that the ends of

-1-

justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 10, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 11, 2014     HEATHER E. WILLIAMS
                             Federal Defender

                             /s/ Rachelle Barbour
                             RACHELLE BARBOUR
                             Research and Writing Attorney
                             Attorney for Defendant

DATED: December 11, 2014     BENJAMIN WAGNER
                             United States Attorney

                             /s/ Rachelle Barbour for
                             WILLIAM S. WONG
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including February 10, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the December 16, 2014 status conference shall be continued until February 10, 2015, at 9:30 a.m.

DATED: December 11, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

-2-